168 A.3d 1178

LUCIA SERICO, EXECUTRIX OF THE ESTATE OF BENJAMIN SERICO, DECEASED, AND LUCIA SERICO, INDIVIDUALLY, PLAINTIFFS-PETITIONERS, v. ROBERT M. ROTHBERG, M.D., DEFENDANT-RESPONDENT, AND MOUNTAINSIDE HOSPITAL AND RICHARD ROE, M.D., DEFENDANTS.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001717–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

168 A.3d 1178

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DAJON G. LESTER, DEFENDANT-PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002397–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.